|  |  |
|---|---|
| The Honorable: | SUSAN PIERSON SONDERBY |
| Chapter 7 |  |
| Location: | Room 642 |
| Hearing Date: | 06/22/2010 |
| Hearing Time: | 10:30AM |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:   PETERS, REGINA C.            §    Case No. 07-22864
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30AM on 06/22/2010 in Courtroom 644, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/14/2010        By:   /s/KAREN R. GOODMAN
                                     Trustee

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000

UST Form 101-7-NFR (9/1/2009)

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: SUSAN PIERSON SONDERBY |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location: Room 642 |
| SUITE 2800 | Hearing Date: 06/22/2010 |
| CHICAGO, IL 60601 | Hearing Time: 10:30AM |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PETERS, REGINA C   § Case No. 07-22864
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   21,597.89

*and approved disbursements of*   $   39.33

*leaving a balance on hand of* [1]   $   21,558.56

Claims of secured creditors will be paid as follows:

*Claimant*   *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*   *Fees*   *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 2,065.92 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,560.50 | $ 15.85 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant*                                *Allowed Amt. of Claim   Proposed Payment*
                          N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 8,733.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 108.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Cda/pontiac | $ 534.00 | $ 534.00 |
| 1I | Cda/pontiac | $ 45.49 | $ 45.49 |
| 2 | LVNV Funding LLC its successors and assigns as | $ 2,326.84 | $ 2,326.84 |
| 2I | LVNV Funding LLC its successors and assigns as | $ 198.23 | $ 198.23 |
| 3 | Sallie Mae | $ 5,872.71 | $ 5,872.71 |
| 3I | Sallie Mae | $ 500.31 | $ 500.31 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,436.75.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola              Page 1 of 1                  Date Rcvd: May 17, 2010
Case: 07-22864                Form ID: pdf006            Total Noticed: 20

The following entities were noticed by first class mail on May 19, 2010.
db           +Regina C Peters,    11844 S. Perry Ave.,    Chicago, IL 60628-6128
aty          +Michael N Burke,    Robert J Semrad & Associates,    407 S Dearborn 6th Floor,
               Chicago, IL 60605-1136
aty          +Patrick J. Semrad,    Robert J Semrad and Associates,    20 S Clark St,    Ste. 2800,
               Chicago, IL 60603-1811
tr           +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
11794117     +CITY OF CHICAGO PARKING BUREAU,    333 S STATE # 540,    Chicago, IL 60604-3900
11794111     +Cap One Bk,   Po Box 85520,    Richmond, VA 23285-5520
11794112     +Cda/pontiac,    415 E Main Pob 213,    Streator, IL 61364-0213
11794113     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11794114     +Chase Manhattan Mtg,    3415 Vision Dr,    Columbus, OH 43219-6009
11794115     +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11794116     +Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
11794118      Codilis & Associates,    115W030 N. Frontage Road,    Ste. 100,    Burr Ridge, IL 60527
11794119     +Household Bank/rhodes Furn,    Po Box 15519,    Wilmington, DE 19850-5519
11794120     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
11794121     +Radio Shack Citibank,    Po Box 9714,    Gray, TN 37615-9714
12654960     +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pennsylvania 18706-1496
11794122     +Sallie Mae Servicing,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
11794123     +Washington Mutual,    P.O. Box 8504,    Clearwater, FL 33758-8504
13886317      eCAST Settlement Corporation assignee of Chase,    Bank USA NA,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on May 17, 2010.
12528121      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 19, 2010**                    **Signature:**  *Joseph Speetjens*