# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PETERS, REGINA C § Case No. 07-22864
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $29,081.00 |
| Total Distribution to Claimants: $9,477.58 | Claims Discharged Without Payment: $2,186.00 |
| Total Expenses of Administration: $3,681.60 | |

3) Total gross receipts of $ 21,600.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,440.91 (see **Exhibit 2**), yielded net receipts of $13,159.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,681.60 | 3,681.60 | 3,681.60 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,190.00 | 9,477.58 | 9,477.58 | 9,477.58 |
| **TOTAL DISBURSEMENTS** | $8,190.00 | $13,159.18 | $13,159.18 | $13,159.18 |

     4) This case was originally filed under Chapter 7 on December 05, 2007.
. The case was pending for 33 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2010          By: /s/KAREN R. GOODMAN
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 7019 North Ridge Blvd, Rogers Park, IL 60645 1/4 | 1110-000 | 21,571.43 |
| Interest Income | 1270-000 | 28.66 |
| **TOTAL GROSS RECEIPTS** | | **$21,600.09** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PETERS, REGINA C | SURPLUS FUNDS PAID TO DEBTOR PER COURT ORDER DATED 06/22/10 | 8200-002 | 8,440.91 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,440.91** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,065.92 | 2,065.92 | 2,065.92 |
| ALAN D. LASKO | 3410-000 | N/A | 1,560.50 | 1,560.50 | 1,560.50 |
| ALAN D. LASKO | 3420-000 | N/A | 15.85 | 15.85 | 15.85 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 17.39 | 17.39 | 17.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 21.94 | 21.94 | 21.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,681.60 | 3,681.60 | 3,681.60 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cda/pontiac | 7100-000 | 534.00 | 534.00 | 534.00 | 534.00 |
| Cda/pontiac | 7990-000 | 0.00 | 45.49 | 45.49 | 45.49 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 2,326.84 | 2,326.84 | 2,326.84 |
| LVNV Funding LLC its successors and assigns as | 7990-000 | N/A | 198.23 | 198.23 | 198.23 |
| Sallie Mae | 7100-000 | 5,470.00 | 5,872.71 | 5,872.71 | 5,872.71 |
| Sallie Mae | 7990-000 | 0.00 | 500.31 | 500.31 | 500.31 |
| Citibank | 7100-000 | 2,186.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 8,190.00 | 9,477.58 | 9,477.58 | 9,477.58 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-22864  **Trustee:** (520191)   KAREN R. GOODMAN
**Case Name:** PETERS, REGINA C  **Filed (f) or Converted (c):** 12/05/07 (f)
 **§341(a) Meeting Date:** 01/08/08
**Period Ending:** 08/18/10  **Claims Bar Date:** 09/23/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 11844 S. Perry Ave., Chicago, Il 60628 | 147,000.00 | 32,000.00 | | 0.00 | FA |
| 2 | 7019 North Ridge Blvd, Rogers Park, IL 60645 1/4 inherited with 3 siblings. Sold to one of the sibs as part of probate estate. She received $21,471.43 | 200,000.00 | 189,000.00 | | 21,571.43 | FA |
| 3 | Bank of America checking | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Bank of America Savings | 120.00 | 0.00 | | 0.00 | FA |
| 5 | Peoples Energy security deposit | 61.00 | 0.00 | | 0.00 | FA |
| 6 | Commonwealth edison security deposit | 100.00 | 100.00 | | 0.00 | FA |
| 7 | furniture | 500.00 | 0.00 | | 0.00 | FA |
| 8 | books , pictures | 500.00 | 0.00 | | 0.00 | FA |
| 9 | blue fox jacket | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 401k (Retirement) | 18,000.00 | 6,000.00 | | 0.00 | FA |
| 11 | 1995 Ford Winstar (160000 miles, PIF, not runnin | 1,975.00 | 0.00 | | 0.00 | FA |
| 12 | Used office equipment from former business | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 28.66 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$369,156.00** | **$227,100.00** | | **$21,600.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims; file TFR.
Letters sent 6/24 to both addresses on file asking Debtor to call.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2009     **Current Projected Date Of Final Report (TFR):**    May 14, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-22864
**Case Name:** PETERS, REGINA C

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****83-65 - Money Market Account

**Taxpayer ID #:** **-***7816
**Period Ending:** 08/18/10

**Blanket Bond:** $61,494,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/08 | {2} | TICOR TITLE INSURANCE | PROCEEDS OF SALE OF DEBTOR'S INTEREST IN INHERITED REAL ESTATE @ 7019 N. RIDGE BLVD, UNIT 1D, CHICAGO, IL | 1110-000 | 21,571.43 | | 21,571.43 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.23 | | 21,572.66 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.56 | | 21,575.22 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.83 | | 21,578.05 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.35 | | 21,580.40 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.69 | | 21,582.09 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 21,583.62 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,584.50 |
| 02/06/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #07-22864, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 17.39 | 21,567.11 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 21,567.93 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 21,568.86 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 21,569.73 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 21,570.58 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 21,571.51 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.90 | | 21,572.41 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.90 | | 21,573.31 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,574.19 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,575.07 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.90 | | 21,575.97 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.90 | | 21,576.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 21,577.72 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #07-22864, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided on 02/04/10 | 2300-000 | | 21.94 | 21,555.78 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #07-22864, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided: check issued on 02/04/10 | 2300-000 | | -21.94 | 21,577.72 |
| 02/04/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE | 2300-000 | | 21.94 | 21,555.78 |

Subtotals :  $21,595.11   $39.33

{} Asset reference(s)                                                                                        Printed: 08/18/2010 03:45 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-22864  
**Case Name:** PETERS, REGINA C  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****83-65 - Money Market Account  

**Taxpayer ID #:** **-***7816  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Period Ending:** 08/18/10  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #07-22864, Bond #016026455 | | | | |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 21,556.60 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 21,557.56 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.55 | | 21,558.11 |
| 04/20/10 | | Wire out to BNYM account 9200******8365 | Wire out to BNYM account 9200******8365 | 9999-000 | -21,558.11 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 39.33 | 39.33 | $0.00 |
| | | | Less: Bank Transfers | | -21,558.11 | 0.00 | |
| | | | **Subtotal** | | 21,597.44 | 39.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,597.44** | **$39.33** | |

{} Asset reference(s)

Printed: 08/18/2010 03:45 PM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 07-22864 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** | PETERS, REGINA C | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****83-67 - Money Market Account |
| **Taxpayer ID #:** | **-***7816 | | **Blanket Bond:** | $61,494,000.00 (per case limit) |
| **Period Ending:** | 08/18/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/18/2010 03:45 PM  V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-22864  
**Case Name:** PETERS, REGINA C  

**Taxpayer ID #:** **-***7816  
**Period Ending:** 08/18/10  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8365 | Wire in from JPMorgan Chase Bank, N.A. account ********8365 | 9999-000 | 21,558.11 | | 21,558.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 21,558.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.28 | | 21,559.84 |
| 06/22/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.92 | | 21,560.76 |
| 06/22/10 | | To Account #9200******8366 | Transfer of funds for distribution per court order dated 6/22/2010 | 9999-000 | | 21,560.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21,560.76** | **21,560.76** | **$0.00** |
| | | | Less: Bank Transfers | | 21,558.11 | 21,560.76 | |
| | | | **Subtotal** | | **2.65** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.65** | **$0.00** | |

{} Asset reference(s)

Printed: 08/18/2010 03:45 PM    V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-22864  
**Case Name:** PETERS, REGINA C  

**Taxpayer ID #:** **-***7816  
**Period Ending:** 08/18/10  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/10 | | From Account #9200******8365 | Transfer of funds for distribution per court order dated 6/22/2010 | 9999-000 | 21,560.76 | | 21,560.76 |
| 06/23/10 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 6/22/10 | 3420-000 | | 15.85 | 21,544.91 |
| 06/23/10 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 06/22/10 | 3410-000 | | 1,560.50 | 19,984.41 |
| 06/23/10 | 103 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 06/22/10 | 2100-000 | | 2,065.92 | 17,918.49 |
| 06/23/10 | 104 | Cda/pontiac | Ref # XXX8342;FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 06/22/10 | 7100-000 | | 534.00 | 17,384.49 |
| 06/23/10 | 105 | LVNV Funding LLC its successors and assigns as | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 06/22/10 | 7100-000 | | 2,326.84 | 15,057.65 |
| 06/23/10 | 106 | Sallie Mae | Ref # XXXXXXXXXXX0001; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 06/22/10 | 7100-000 | | 5,872.71 | 9,184.94 |
| 06/23/10 | 107 | Cda/pontiac | Ref # XXX8342; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1I PER COURT ORDER DATED 06/22/10 | 7990-000 | | 45.49 | 9,139.45 |
| 06/23/10 | 108 | LVNV Funding LLC its successors and assigns as | FIRST AND FINAL DIVIDEND FOR CLAIM NO.  2I PER COURT ORDER DATED 06/22/10 | 7990-000 | | 198.23 | 8,941.22 |
| 06/23/10 | 109 | Sallie Mae | Ref # XXXXXXXXXXX0001; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3I PER COURT ORDER DATED 06/22/10 | 7990-000 | | 500.31 | 8,440.91 |
| 06/23/10 | 110 | PETERS, REGINA C | SURPLUS FUNDS PAID TO DEBTOR PER COURT ORDER DATED 06/22/10 | 8200-002 | | 8,440.91 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 21,560.76 | 21,560.76 | $0.00 |
| Less: Bank Transfers | 21,560.76 | 0.00 | |
| **Subtotal** | 0.00 | 21,560.76 | |
| Less: Payments to Debtors | | 8,440.91 | |
| **NET Receipts / Disbursements** | **$0.00** | **$13,119.85** | |

{} Asset reference(s)                                       Printed: 08/18/2010 03:45 PM     V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-22864  
**Case Name:** PETERS, REGINA C  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  

**Taxpayer ID #:** **-***7816  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Period Ending:** 08/18/10  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****83-65 | 21,597.44 | 39.33 | 0.00 |
| MMA # ***-*****83-67 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******83-65 | 2.65 | 0.00 | 0.00 |
| Checking # 9200-******83-66 | 0.00 | 13,119.85 | 0.00 |
| | $21,600.09 | $13,159.18 | $0.00 |